

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00215-CR

| | | |
|---|---|---|
| Braulio Sanchez | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1376187W) |
| v. | § | December 22, 2016 |
| The State of Texas | § | Opinion by Justice Gardner |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We remove $243 and $35, respectively, from the amount owed for "Reparation (Probation Fees)" within the "Bill of Cost," and we modify it to reflect $600 instead of $878. We further modify the "Total Cost Owed" within the "Bill of Cost" to correspondingly reflect $964 instead of $1,242. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner